# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN, DETROIT DIVISION

In re DEBRA MODZELEWSKI Case No. 10-50872-PJS

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| eCAST Settlement Corporation | Chase Bank USA, N.A. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

eCAST Settlement Corporation
POB 29262
New York, NY 10087-9262

Court Claim # (if known): 8

Amount of Claim: $18,964.38

Date Claim Filed: 05/12/2010

Phone: 610-644-7800

Last Four Digits of Acct #: 8255

Last Four of Alternate Acct #: ______

Phone: 800-349-1467

Last Four Digits of Acct #: 8255

Last Four of Alternate Acct #: ______

Name and Address where transferee payments should be sent (if different from above):

Phone: ______

Last Four Digits of Acct #: ______

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ ALANE A. BECKET Date: 06/24/2010

Alane A. Becket, Esquire, PA65451
Becket & Lee LLP, Attorneys/Agent for Creditor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

CBO04706